## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **V.** ) | **DOCKET NO. 2:21-CR-00172-JAW** |
| ) | |
| **JESSE KIESEL** ) | |

## MOTION TO CONTINUE TRIAL

NOW COMES the Defendant, Jesse Kiesel, by and through counsel, John S. Webb, Esq., and moves this Honorable Court to continue the trial currently scheduled for March 7, 2022. In support of this motion, it is stated:

1. That the Defendant is scheduled for trial on March 7, 2022.

2. That Counsel has worked diligently and has one last task he is currently performing before the case will be ready to move forward.

3. The Defendant, understanding his rights under the Speedy Trial Act, 18 U.S.C. §3161, agrees with, and consents to, the instant request and asks that the Court exclude from the speedy trial calculations the entire period requested within, for the reasons cited above.

4. That AUSA Noah Falk does not object to this motion.

WHEREFORE it is requested that this Defendant's motion be granted and the trial be continued to May, 2022.

DATED at Saco, Maine on February 9, 2022

/S/ John Scott Webb, Esq.
John Scott Webb, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2022, I electronically filed the **MOTION TO CONTINUE TRIAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Unites States Attorney's Office
Noah Falk, AUSA
100 Middle Street
6th floor, East Tower
Portland, Maine 04101

noah.falk@usdoj.gov

DATED at Saco, Maine on February 9, 2022

    /S/ John Scott Webb, Esq.
John Scott Webb, Esq.