UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | )   2:21-cr-00172-JDL |
| **JESSE KIESEL,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER REGARDING MOTION FOR COMPASSIONATE RELEASE**

On July 21, 2022, Jesse Kiesel pleaded guilty to one count of possession of child pornography, in violation of 18 U.S.C.A. § 2252A(a)(5)(b) (West 2024) (ECF No. 45). Kiesel was sentenced to 44 months of imprisonment, to be followed by five years of supervised release (ECF No. 70). Kiesel, who has served just over a third of his term of imprisonment, now moves, pro se, for compassionate release (ECF No. 77) under 18 U.S.C.A. § 3582(c)(1)(A)(i) (West 2024).

Under the compassionate release statute, as amended by the First Step Act of 2018, Pub. L. No. 115−391, § 603(b), 132 Stat. 5194, 5239-41 (codified at 18 U.S.C.A. § 3582(c)−(d)), a court may consider a defendant's motion to reduce or modify his sentence either "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." 18 U.S.C.A. § 3582(c)(1)(A). After considering relevant factors under 18 U.S.C.A. § 3553(a) (West 2024), a court may adjust a defendant's sentence if it finds "extraordinary and compelling reasons"

warrant a reduction consistent with applicable Sentencing Commission policies. *Id.* § 3582(c)(1)(A)(i).

Kiesel argues that the health care needs of his wife justify a sentence reduction or modification. Kiesel also cites his rehabilitation in prison as further support for his motion. The Government objects to a reduction in sentence, asserting, among other things, that Kiesel has failed to demonstrate that he has exhausted his administrative remedies (ECF No. 85). In support, the Government has filed a copy of Kiesel's application for compassionate release dated January 5, 2023 (ECF No. 85-2) that, though difficult to read, is clearly marked "WITHDRAWN" and signed by Kiesel on February 5, 2024. Kiesel filed a more legible, unmarked copy of the application (ECF No. 77-3) with his motion that reveals the application was addressed to Warden R. Thompson, Fort Dix.

Based on the foregoing, it is **ORDERED** that Kiesel shall file a written response within thirty (30) days addressing the Government's assertion that he withdrew his application for compassionate release dated January 5, 2024. If Kiesel asserts that he did not withdraw his application, he shall provide a full explanation of the current status of the application. Should Kiesel fail to file a timely response, his Motion for Compassionate Release will be ordered denied without further consideration by the Court.

SO ORDERED.

Dated: May 1, 2024

                                                               /s/ JON D. LEVY
                                                          U.S. DISTRICT JUDGE